UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFONSO RUIZ,<br><br>  Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No. 1:20-cv-0179-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME**<br><br>**(Docs. 5-8)**<br><br>**THIRTY-DAY DEADLINE** |

   Plaintiff has filed multiple motions for extension of time to respond to the Court's recent screening order. Good cause appearing, the Court **GRANTS** plaintiff's motions. Plaintiff's response shall be filed within thirty days from the date of this order.

IT IS SO ORDERED.

   Dated:   **October 18, 2020**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE